IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Darlene Harms on behalf of Penn Harms Estate, Cheryl Feist Co-Trusee of Arnie Harms Irrevocable Trust, Clint Wold, Kevin Wold, Cordell Wold, and Kris Wold, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Burlington Resources Oil & Gas Company, LP, A limited partnership of Conoco Phillips, Continental Resources, Inc., and Wheatland Oil, Inc., | ) ) ) ) ) | Case No. 1:12-cv-083 |
| Defendants. | ) | |

The court shall conduct a status conference by telephone with the parties on September 30, 2013, at 10:00 a.m. CDT. The parties should be prepared to update the court on the status of this case. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court
